DARLING & COMPANY, Appellant, v. John DE. ADDIO, Appellee.

No. 11738.

United States Court of Appeals Sixth Circuit.

April 16, 1953.

Duncan & Thomas, Cleveland, Ohio, for appellant.

Motz, Morris, Wilson & Quine, Akron, Ohio, and McConnell, Blackmore, Cory & Burke, Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised.

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be affirmed in accordance with the reasons set forth by the District Court in its opinion filed, 112 F.Supp. 166, denying a motion for a new trial.

COMMISSIONER OF INTERNAL REVENUE v. Elsye K. LEISER, Herman Leiser.

No. 14603.

United States Court of Appeals Fifth Circuit.

June 1, 1953.

H. Brian Holland, Asst. Atty. Gen., and Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Milton H. Schmidt, Cincinnati, Ohio, for respondents.

PER CURIAM.

Upon consideration of the Motion to Docket and Dismiss these causes, filed by the petitioner on review, and it appearing that counsel for the respondents on review has consented to the granting thereof:

It is ordered that the said petitions for review be and the same are hereby docketed and dismissed.

It is further ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the Tax Court of the United States at Washington, D. C.

BEE JAY PRODUCTS, Inc.; Joseph Berkowitz and Reuben Berkowitz, individually and as officers of Bee Jay Products, Inc.; Universal Manufacturing Company, a corporation; Reuben Berkowitz and Bertha Berkowitz, individually and as officers of Universal Manufacturing Company, Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.

No. 4581.

United States Court of Appeals Tenth Circuit.

May 14, 1953.

F. W. James, Evanston, Ill., for petitioners.

John W. Carter, Jr., Atty., Federal Trade Commission, Washington, D. C. (W. T. Kelley, General Counsel, and Robert B. Dawkins, Asst. General Counsel, Federal Trade Commission, Washington, D. C., on the brief), for respondent.

Before BRATTON, HUXMAN, and PICKETT, Circuit Judges.

PER CURIAM.

On the authority of Gay Games, Inc., v. Federal Trade Commission, 10 Cir., 204 F.2d 197, the order of the Commission is affirmed and judgment will be entered enforcing such order in accordance with the provisions of 15 U.S.C.A. § 45(c).